■ LEONARD E. BUSSHART et al., Appellants, v JOHN H. PARK et al., Respondents.—Order unanimously affirmed without costs. Memorandum: The alleged agreement of settlement was not binding because it was not in writing, not made in open court, and not reduced to an order and entered *(see,* CPLR 2104). Defendants are not estopped from denying the existence of a valid agreement because plaintiffs did not suffer any detriment in reliance thereon *(cf., Smith v Lefrak Org.,* 142 AD2d 725). (Appeal from Order of Supreme Court, Erie County, Gossel, J.—Compel Settlement.) Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.